IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RORY V. DONNELL,
    Plaintiff,

vs.                       Case No. 3:03cv253/RV/EMT

SGT. MAPLE,
BARBARA JOHNSON,
G. RHODES,
    Defendants.
_____/

## **O R D E R**

        Defendants in this civil rights case have filed special reports, supporting documents, and supplemental pleadings (Docs. 64, 90, 91, 92) as required by the court. Plaintiff has filed responses in opposition to the special reports (Doc. 76, 107). The court now concludes, pursuant to Rule 56 of the Federal Rules of Civil Procedure, that as of the date of this order the special reports should be treated as motions for summary judgment, and Plaintiff's responses should be treated as responses to the motions for summary judgment.

        Accordingly, it is **ORDERED**:

        1.     On or at any time after **MAY 31, 2005** (the "submission date"), the court shall consider the motion for summary judgment and may resolve the motion and this case without an evidentiary hearing.[1]

        2.     On or before the submission date, Plaintiff may, but is not required to, file a further

---

[1] This submission is without oral argument. If the court determines that oral argument on the motion is required, a date for the argument will be scheduled later.

response to the motions for summary judgment.[2]  Plaintiff should be careful to ensure that the initial responses, if any, and any further response comply with the provisions of Rule 56(e) of the Federal Rules of Civil Procedure.  He may not rest upon the mere allegations or denials of his pleadings, but must, by affidavits or as otherwise provided for in this Rule, set forth specific facts showing that there is a genuine issue for trial.  Plaintiff is reminded that failure to follow the requirements of Rule 56 in opposing a motion for summary judgment may result in the motion being granted and final judgment being entered in favor of the moving party(ies) without there being an evidentiary hearing or trial.

       3.      On or before the submission date, Defendants may submit additional Rule 56 materials.[3]

       4.      Any documents or evidence filed after the submission date will not be considered by the court barring exceptional circumstances.

       5.      The clerk shall return this file to my chambers on May 31, 2005.

**DONE AND ORDERED** this 28th day of April, 2005.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

---

[2] Plaintiff's previously filed opposition to the special reports will be considered as Plaintiff's responses to the motions for summary judgment.  <u>Plaintiff therefore shall not resubmit any materials (affidavits, documents, or arguments) previously filed.</u>

[3] <u>Defendants shall not resubmit any materials (affidavits, documents, or arguments) previously filed as part of the special reports.</u>

Case No.:  3:03cv253/RV/EMT