IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RORY V. DONNELL,
    Plaintiff,

vs.                                    Case No. 3:03cv253/RV/EMT

SGT. MAPLES,
BARBARA JOHNSON,
G. RHODES,
    Defendants.
_____/

## O R D E R

This cause comes on for consideration upon the magistrate judge's report and recommendation dated July 18, 2005.  Plaintiff has been furnished a copy of the report and recommendation and has been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a _de novo_ determination of all timely filed objections.

Having considered the report and recommendation, and all objections thereto timely filed, I have determined that the report and recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's report and recommendation is adopted and incorporated by reference in this order.

2. Defendants' motions for summary judgment (Docs. 63, 91) are **DENIED**.

**DONE AND ORDERED** this 16th day of August, 2005.

                                              /s/ _Roger Vinson_
                                              **ROGER VINSON**
                                              **UNITED STATES SENIOR JUDGE**