IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RORY v. DONNELL,
    Plaintiff,

vs.                                      Case No.:  3:03cv253/RV/EMT

SGT. MAPLES, et al,
    Defendants.
_____/

## O R D E R

This matter is before the court on Plaintiff's motion to appoint counsel (Doc. 126) and Defendants' motion to conduct discovery (Doc. 129).

In light of Plaintiff's indigent status and the complexity of this case, the court finds it appropriate to appoint counsel for Plaintiff, pursuant to 28 U.S.C. § 1915(e)(1).  *See* Killian v. Holt, 166 F.3d 1156, 1157 (11th Cir. 1999) (indicating that district court has broad discretion in making decision to appoint counsel for indigent civil rights plaintiff).  Additionally, the court will permit a period of discovery to commence.

Accordingly, it is **ORDERED**:

1. Plaintiff motion to appoint counsel (Doc. 126) is **GRANTED**.  Pursuant to 28 U.S.C. § 1915(e)(1), attorney Todd LaDouceur is appointed to represent Plaintiff in all further proceedings before the court.

2. Defendants' motion to conduct discovery (Doc. 129) is **GRANTED**.  Upon Mr. Ladouceur's filing a notice of appearance in this case, an initial scheduling order shall be entered directing the commencement of a period of discovery which shall run sixty (60) days.

**DONE AND ORDERED** this 19th day of October, 2005.

                                          /s/ *Elizabeth M. Timothy*
                                          **ELIZABETH M. TIMOTHY**
                                          **UNITED STATES MAGISTRATE JUDGE**